CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.
Ronald E. Stadtmueller, #140720
10755 Scripps Poway Pkwy., #370
San Diego, CA 92131
(858) 564-9310
ronstadtmueller@aol.com

Order Entered on
September 22, 2016
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325, West "F" Street, San Diego, California 92101-6991

In Re:

JIMMIE T CALAHAN
JUDY D CALAHAN

Debtors.

BANKRUPTCY NO. 16-03666-CL7

Date of Hearing:
Time of Hearing:
Name of Judge: Christopher B. Latham

# ORDER ON

**CHAPTER 7 TRUSTEE'S EX PARTE APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND COLDWELL BANKER RESIDENTIAL BROKERAGE TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C §§327, 328 AND 330**

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through 3 with exhibits, if any, for a total of 3 pages, is granted. Motion/Application Docket Entry No. 26    jrm

//
//
//
//
//
//
//

DATED: September 21, 2016

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Ronald E. Stadtmueller
(Firm name)

By:  /s/ Ronald E. Stadtmueller
     Attorney for  ☐ Movant   ☐ Respondent

**CSD 1001A**

ORDER ON EX-PARTE APPLICATION BY TRUSTEE FOR AUTHORITY TO EMPLOY REAL ESTATE BROKER
DEBTOR: JIMMIE T CALAHAN and JUDY D CALAHAN          CASE NO: 16-03666-CL7

Upon the foregoing ex parte application by of Ronald E. Stadtmueller, the trustee in the above-captioned case ("Trustee"), to *Retain BK Global Real Estate Services and Coldwell Banker Residential Brokerage to Procure Consented Public Sale pursuant to 11 U.S.C. § § 327, 328 and 330* ("Application") [Docket No. 26], the Court having reviewed and considered the Notice, Application and the Affidavit of Disinterestedness and having found good and sufficient cause appearing therefor and the same to be in the best interest of Debtor and the creditors the Court hereby FINDS that:

A. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(b)(2).

B. Venue of this Chapter 7 case and the Application is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

C. Notice of the Application was sufficient under the circumstances.

Based upon the foregoing findings of fact, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Application is hereby GRANTED.

2. Defined terms not otherwise defined herein have the meanings given to them in the Application and the Affidavit.

3. The Trustee is authorized to retain and compensate BKRES and Listing Agent to procure Secured Creditor's Consent, and otherwise market and sell the Property, in Debtors' Chapter 7 case pursuant to Sections 327, 328(a) and 330 of the Bankruptcy Code, and Bankruptcy Rules 2014 and 2016, in accordance with the terms and conditions set forth in the BKRES Agreement, the Listing Agreement and this Order. BKRES and Listing Agent shall not split or otherwise share their fees with any other person or entity.

4. BKRES and Listing Agent are disinterested persons within the meaning of Bankruptcy Code Section 101(14).

5. BKRES and Listing Agent shall be compensated in accordance with the BKRES Agreement and Listing Agreement, respectively, and such compensation shall not hereafter be subject to challenge except under the standard of review set forth in Section 330 of the Bankruptcy Code.

6. BKRES and Listing Agent shall be authorized to receive and retain their fees from Secured Creditor at the successful closing of the sale of the Property without necessity of further order of the Court. The estate shall, in no circumstance, be obligated to compensate BKRES or Listing Agent in such event and BKRES and Listing Agent shall not have a claim against the estate for any unpaid amounts. BKRES and Listing Agent, and anyone claiming by, through or under either of them, shall only have recourse for recovering its fee to Secured Creditor. The estate shall have no liability for any such claim.

7. Notice of the Application was adequate and proper.

**CSD 1001A**

Signed by Judge Christopher B. Latham September 21, 2016

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

IT IS SO ORDERED

**CSD 1001A**

Signed by Judge Christopher B. Latham September 21, 2016