CSD 1160 [03/01/15]
Name, Address, Telephone No. & I.D. No.

Robert P. Zahradka (SBN 282706)
rzahradka@aldridgepite.com
Joseph C. Delmotte (SBN 259460)
jdelmotte@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>JIMMIE T CALAHAN and JUDY D CALAHAN<br><br>Debtor | BANKRUPTCY NO. 16-03666-CL7 |
| HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-AR18<br><br>Moving Party. | RS NO. AP-1 |
| JIMMIE T CALAHAN and JUDY D CALAHAN, Debtors, and Ronald E. Stadtmueller, Chapter 7 Trustee<br><br>Respondent(s) | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**
☒ **REAL PROPERTY**    ☐ **PERSONAL PROPERTY**

Movant in the above-captioned matter moves this court for an Order granting relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter  ☒ 7  ☐ 11  ☐ 12  ☐ 13 was filed on  June 16, 2016 .

2. Procedural Status:
   a. ☒ Name of Trustee Appointed *(if any)*:  Ronald E. Stadtmueller .
   
   b. ☐ Name of Attorney of Record for Trustee (if any):     .
   
   c. ☐ *(Optional)* Prior Filing Information:
      Debtor has previously filed a Bankruptcy Petition on:    .
      If applicable, the prior case was dismissed on:
   
   d. ☐ *(If Chapter 13 case)*: Chapter 13 Plan was confirmed on        .
      or a confirmation hearing is set for        .

   Movant alleges the following in support of its Motion:

1. ☒ The following real property is the subject of this Motion:
   a. Street address of the property including county and state:

      494 Highland Oaks Lane Fallbrook Area, California 92028
      SAN DIEGO County

   b. Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):

      Single Family Residence

   c. Legal description of property is attached as Exhibit A.

CSD 1160

    d.    If a chapter 11 or 13 case and if non-payment of any post-petition payment is a ground for relief, attach the accounting required by Local Bankruptcy Rule 4001-2(a) as Exhibit B.

    e.    *Fair market value of property as set forth in the Debtor's schedules: $ __744,201.00__ .

    f.    *Nature of Debtor's interest in the property:

    Owner and Co-owner

2. ☐ The following personal property is the subject of this Motion *(describe property)*:

    a.    Fair market value of property as set forth in the Debtor's schedules: $ _____ .

    b.    Nature of Debtor's interest in the property:

3. *Fair market value of property according to Movant: $ _____ .

4. *Nature of Movant's interest in the property: Beneficiary

5. *Status of Movant's loan:

    a.    **Balance owing on date of ~~Order for Relief~~: (Principal Balance)  $ 897,745.39  as of 10/10/2016
    b.    Amount of monthly payment:  $ 5,864.84
    c.    Date of last payment:
    d.    If real property,
        i.    Date of default:  4/1/2015
        ii.    Notice of Default recorded on:
        iii.    Notice of Sale published on:
        iv.    Foreclosure sale currently scheduled for:
    e.    If personal property,
        i.    Pre-petition default:  $ _____  No. of months: _____
        ii.    Post-petition default:  $ _____  No. of months: _____

6. *(If Chapter 13 Case, state the following)*
    a.    Date of post-petition default:
    b.    Amount of post-petition default:  $ _____

7. Encumbrances:
    a.    Voluntary encumbrances on the property listed in the Schedules or otherwise known to Movant:

| Lender Name | Principal Balance | (IF KNOWN) Pre-Petition Arrearages Total Amount - # of Months | | Post-Petition Arrearages Total Amount - # of Months | |
|---|---|---|---|---|---|
| 1st: Movant | 897,745.39 | 81,612.11 | 15 | 23,062.67 | 4 |
| 2nd: Chase Mtg | 137,985.00 | | | | |
| 3rd: | | | | | |
| 4th: | | | | | |
| Totals for all Liens: | $ 1,035,730.39 | $ 81,612.11 | | $ 23,062.67 | |

    b.    Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens) as listed in schedules or otherwise known to Movant:
        ☐ See attached page, if necessary.

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)
CSD 1160

8. Relief from the automatic stay should be granted because:

   a. ☒ Movant's interest in the property described above is not adequately protected.

   b. ☒ Debtor has no equity in the ☒ real property ☐ personal property described above and this property is not necessary to an effective reorganization.

   c. ☐ The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and 90 days (or _____ days as ordered by this court) have passed since entry of the order for relief in this case, and

      i. the Debtor/Trustee has not filed a plan or reorganization that has a reasonable possibility of being confirmed within a reasonable time; and

      ii. the Debtor/Trustee has
         (1) ☐ not commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien), or
         (2) ☐ commenced payments, but such payments are less than an amount equal to interest at a current fair market rate on the value of each creditors' interest in the property.

   d. ☒ *Other cause exists as follows *(specify)*: ☐ See attached page.

      Debtors have failed to make payments as they come due.
      Debtors statement of Intent proposes to surrender the property

When required, Movant has filed separate Declarations pursuant to Local Bankruptcy Rule 4001-2(a).

Movant attaches the following:

1. ☒ Other relevant evidence:

   ** This is an approximate amount for purposes of this Motion only, and should not be relied upon as such to payoff the subject loan as interest and additional advances may come due subsequent to the filing of the Motion. An exact payoff amount can be obtained by contacting Movant's counsel.

2. ☐ *(Optional)* Memorandum of points and authorities upon which the moving party will rely.

WHEREFORE, Movant prays that this Court issue an Order granting the following:

☒ Relief as requested.

☒ Other:

   That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived, as the Debtor(s) intend to surrender the property

Dated: October 19, 2016

/s/Robert P. Zahradka  (SBN 282706)
[Attorney for] Movant

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)
CSD 1160

## LEGAL DESCRIPTION

The land referred to herein is situated in the State of California, County of SAN DIEGO, described as follows:

LOT 32 OF COUNTY OF SAN DIEGO TRACT NO. 4062-2, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 11999, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, JANUARY 27, 1988.

End of Legal Description

EXHIBIT A